UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loc Minh NGUYEN, | Case No.: 25-cv-2441-AGS-MMP |
| Petitioner, | **ORDER GRANTING AMENDED HABEAS PETITION (ECF 13)** |
| v. | |
| WARDEN, et al., | |
| Respondents. | |

Petitioner Loc Minh Nguyen seeks a writ of habeas corpus releasing him from what he claims is his unlawful immigration detention. Specifically, he alleges that Immigration and Customs Enforcement violated its own regulatory mandate to "conduct an initial informal interview promptly" after his arrest, *see* 8 C.F.R. § 241.13(i)(3), when it waited months to interview him. This Court recently granted a habeas petition after concluding that "an interview 29 days after arrest" does not qualify as "prompt" under that regulation and that the resulting detention was unlawful. *Soryadvongsa v. Noem*, No. 25-cv-2663-AGS-DDL, 2025 WL 3126821, at *1 (S.D. Cal. Nov. 8, 2025). For those same reasons, Nguyen's detention is unlawful, and his habeas petition is **GRANTED**. Respondents must immediately release him from custody subject to the conditions of the Order of Supervision that was in place before ICE re-detained him in June 2025.

Dated:  November 10, 2025

_____
Hon. Andrew G. Schopler
United States District Judge

1